GAGE CORPORATION, Appellant.— Motion to extend time to answer until ten days after determination of appeal granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MUNSON REALTY COMPANY, INC., Respondent, v. MELROSE BOND AND MORTGAGE CORPORATION, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

NEW YORK INVESTORS, INC., Respondent, v. F. B. & W. REALTY CORPORATION and Others, Appellants.— Motion to extend time to serve bill of particulars until ten days after determination of appeal granted. Present — Young, Kapper, Hagarty and Carswell, JJ.; Lazansky, P. J., not voting.

JOHN ORRICO, Appellant, v. GEORGE WASHINGTON HERZFELD and Others, Respondents.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

JOHN PALMIERI, as Receiver of the Rents, etc., from Nos. 121, 123, 125 and 127 Montague Street and 121–127 Henry Street, Located in the Borough of Brooklyn, City of New York, Appellant, v. NEW YORK PREPARATORY SCHOOL, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

ALEX PIERCEY Co., INC., Plaintiff, v. PETER MULKIEWICZ, Appellant, and JOSEPH SZCZESNY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

OTTO E. REXHOUSE, Respondent, v. JOHN DALEY, Doing Business as the AMSTERDAM DISPATCH, App    ~t.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

PHILIP ROTHMAN, Respondent, v. GOLDSTEIN-FISHER Co., INC., Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the May term (for which term the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

SHERMAN S. SELTZER, Respondent, v. SAMUEL J. GARGES, as Commissioner of Public Works of the City of New Rochelle, and CITY OF NEW ROCHELLE, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

SOPHIE SOREN, Appellant, v. SCHOTTLAND, INC., Respondent.— Motion for reargument denied. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

STEINKRITZ AMUSEMENT CORPORATION, Respondent, v. SAM KAPLAN, as President of the International Alliance of Theatrical Stage Employees and Moving Picture Machine Operators' Union of the United States and Canada, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Stay of execution of the judgment for costs continued for thirty days to enable appellant to apply to the Court